IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DENNIS PRICE                                                                                          PLAINTIFF

v.                              CASE NO. 4:18-CV-00450 BSM

PULASKI COUNTY, ARKANSAS                                                          DEFENDANT

## ORDER

Consistent with Federal Rule of Civil Procedure 41(a), the parties' joint motion to dismiss [Doc. No. 7] is granted. This case is dismissed with prejudice, and each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED this 19th day of March 2019.

_____
UNITED STATES DISTRICT JUDGE