IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DENNIS PRICE**                                                                               **PLAINTIFF**

**v.**                        **CASE NO. 4:18-CV-00450 BSM**

**PULASKI COUNTY, ARKANSAS**                                   **DEFENDANT**

## **JUDGMENT**

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of March 2019.

_____
UNITED STATES DISTRICT JUDGE